

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:24-MJ-__185____ |
| PEDRO FARIAS-FIGUEROA (01) | |

## CRIMINAL COMPLAINT

I, Task Force Officer (TFO) Christian A. Abrahim, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**Alleged Offense:**

Beginning in or about September of 2023 and continuing until on or about March 8, 2024, in the Fort Worth Division of the Northern District of Texas and elsewhere, defendant, **Pedro Farias-Figueroa**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A), namely to distribute and possess with intent to distribute a controlled substance, to wit: 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A).

**Probable Cause:**

1.    I am a TFO with the Drug Enforcement Administration (DEA) assigned to the DEA Task Force, Group 1, of the Fort Worth District Office (FWDO). The statements set forth in this affidavit are from my personal observations, my training and experience, and from information obtained from other law enforcement officers and witnesses. The facts presented are true and correct to the best of my knowledge and belief but are not inclusive of all the evidence or information in the case.

Criminal Complaint - Page 1

2.  On or about September 20, 2023, the DEA FWDO directed a DEA confidential source (CS) to contact Eliseo Edgar Eisrael Rodriguez-Moreno, a known drug source of supply (SOS) suspected of operating out of Guanajuato, Mexico, in order to purchase around one kilogram of heroin. While negotiating the drug transaction, Rodriguez-Moreno indicated that he would be dispatching a courier to deliver the drugs to the CS in return for $7,000. The CS and Rodriguez-Moreno agreed the CS would meet the courier at a predetermined meet location for the drug transaction.

3.  While waiting for courier to deliver the drugs at the meet location, Rodriguez-Moreno relayed to the CS via a phone call that the courier would be arriving in a white-colored work van. Investigators spotted a vehicle matching that vehicle's description and directed the CS to contact the driver and sole occupant of the vehicle. The CS verified that the driver of the van was present to deliver the drugs to the CS on behalf of Rodriguez-Moreno.

4.  At that time, the CS exchanged $7,000 of official funds to the Courier for the negotiated one kilogram of heroin. After the transaction, investigators followed the CS to a predetermined location for a debriefing and to take custody of the purchased heroin. A later laboratory analysis confirmed the CS had bought around a kilogram of heroin. Below is a screenshot from the video-recorded controlled buy with the courier, who was later identified as **Pedro Farias-Figueroa**.



5.     On March 8, 2024, investigators obtained a felony state arrest warrant for **Farias-Figueroa** for the involvement in the heroin delivery in September of 2023. Additionally, investigators obtained a state search warrant authorizing a search of **Farias-Figueroa's** residence in order to locate and arrest him.

6.     On the same day, investigators executed the search warrant at **Farias-Figueroa's** residence on Hillburn Drive in Dallas, Texas. While executing the search warrant, investigators located **Farias-Figueroa** and observed in plain view around 160,000 grams of suspected methamphetamine primarily in brick shaped bundles.

Criminal Complaint - Page 3

Subsequently, investigators obtained a second search warrant for **Farias-Figueroa's** residence in order to search and seize the suspected methamphetamine and other related items described in the search warrant's affidavit. A later field test of the suspected methamphetamine resulted in a presumptive positive test result for the presence of methamphetamine.

7. Investigators also located and seized various identifying documents and financial records belonging to **Farias-Figueroa**, creating an affirmative link with **Farias-Figueroa** and the Hillburn Drive residence.

8. Thus, based on the above facts and circumstances, there is probable cause to believe that **Farias-Figueroa,** did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

_____
Task Force Officer Christian A. Abrahim
Drug Enforcement Administration

SWORN AND SUBSCRIBED before me this 11TH day of March 2024, at 1:31 am/pm in Fort Worth, Texas.

_____
HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE