ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

NORTHERN DISTRICT OF TEXAS
FILED

JUL - 2 2024

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:24-CR-089-P |
| PEDRO-FARIAS-FIGUEROA (08) | |

## FACTUAL RESUME

PLEA: To Count Two of the Indictment, Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 846.

## MAXIMUM PENALTY:

- Imprisonment not to exceed 20 years;
- A fine not to exceed $1,000,000 or both a fine and imprisonment;
- A supervised-release term of at least three (3) years and a maximum of Life, which is mandatory under the law and will follow any imprisonment term. If the defendant violates any of the supervised-release conditions, the Court could revoke the defendant's supervised release and order the defendant serve in additional prison time;
- A $100 mandatory special assessment; and
- Forfeiture of property.

## ELEMENTS OF THE OFFENSE:

The essential elements that must be proved beyond a reasonable doubt to establish the offense(s) charged are:

First:    That two or more persons, directly or indirectly, reached an agreement to distribute or possess with intent to distribute a controlled substance, as charged in the information/indictment;

Second:   That the defendant knew of the unlawful purpose of the agreement;

**Factual Resume - Page 1**

Third:   That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose;

Fourth:   The overall scope of the conspiracy involved a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; and

Fifth:   The defendant knew of reasonably should have known that the scope of the conspiracy involved a mixture and substance containing a detectable amount of methamphetamine.

STIPULATED FACTS:

Beginning in September of 2022, the DEA began investigating a drug-trafficking conspiracy operating in the Dallas-Fort Worth area. In September of 2023, DEA investigators directed a CS to contact a facilitator-member of the conspiracy to arrange the purchase of a controlled substance. The facilitator-member coordinated the transaction and directed a courier, later identified as Pedro Farias-Figueroa, to meet with the CS to deliver the controlled substance. On or about March 8, 2024, investigators obtained a search warrant for Farias-Figueroa's residence on Hillburn Drive in Dallas, Texas. Inside the residence, investigators found what a later laboratory test confirmed was methamphetamine. In this manner, Farias-Figueroa admits he conspired with others to distribute and possess with intent to distribute methamphetamine.

SIGNED this 20 day of June, 2024.

_Pedro Farias Figueroa_  
PEDRO FARIAS-FIGUEROA  
Defendant

_Leon Haley Jr._  
LEON HALEY JR.  
Attorney for Defendant